# U.S. District Court

1. **Western District of North Carolina**

## Notice of Electronic Filing

The following transaction was entered on 9/3/2012 at 4:24 PM EDT and filed on 9/3/2012

| | |
|---|---|
| **Case Name:** | USA v. Postell |
| **Case Number:** | **3:88-cr-00136-FDW** |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT-ONLY ORDER deferring ruling on [21] Motion to Vacate (2255) as to Donald Postell (1)** *Text of Order: The United States is directed to respond to Defendant's section 2255 motion within sixty (60) days of the date of this Order. Specifically the United States is to address whether United States v. Simmons or United States v. Powell apply to Defendant. So Ordered.*(Pro se litigant served by US Mail.) (FDW)

**3:88-cr-00136-FDW-1 Notice has been electronically mailed to:**

**3:88-cr-00136-FDW-1 Notice will not be electronically mailed to:**

Donald Postell(Terminated)
07075-058
BENNETTSVILLE Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 52020
BENNETTSVILLE, SC 29512