# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donald Postell,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                 3:12cv322/3:88cr136

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/9/2012 Order.

                                                             Signed: November 9, 2012

                                                             Frank G. Johns, Clerk
                                                             United States District Court